

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00124-CR

**IN RE** Detrick **DEROVEN**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: March 8, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On February 13, 2023, relator Detrick Deroven filed a petition for writ of mandamus complaining of the trial court's failure to rule on three motions he filed pro se.[2] The trial court ruled on relator's motions on February 28, 2023. Because relator has obtained the requested relief, his petition for writ of mandamus is dismissed as moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1996CR3437A, styled *State of Texas v. Detrick Deroven*, pending in the 186th Judicial District Court, Bexar County, Texas.

[2] Relator filed: (1) a Motion for Appointment of Counsel in Support of Motion for Post-Conviction Discovery of Scientific Evidence and Inspection; (2) a Motion for Post-Conviction Discovery of Scientific Evidence and, in the Alternative, an In Camera Inspection; and (3) a Motion for Status Report or Hearing.